MITCHEL *v.* BERNHEIMER ET AL.

APPEAL from the Marion Common Pleas.

PETTIT, J.—This case is the same, in all legal respects, and so admitted to be by the counsel on both sides, as the case of *Mitchel* v. *Noell, ante,* p. 399, and must abide its fate.

The judgment is affirmed, at the costs of the appellant, with two per cent. damages.

*U. J. Hammond* and *J. M. Judah,* for appellant.

*A. G. Porter, B. Harrison,* and *C. C. Hines,* for appellees.